Bennett *v.* Rittenhouse Short-Term Building & Loan Association, Appellant.

Argued December 7, 1933.   Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Louis A. J. Robbins,* for appellant.

*Abraham L. Hodes* and *Harry Polish,* of *Polish & Wachs,* for appellee, were not heard.

PER CURIAM, January 2, 1934:
The opinion of the learned judge of the court below fully and correctly disposes of all questions raised in this appeal. The judgment is accordingly affirmed on his opinion.